# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
(For Cases Initially Assigned to a Magistrate Judge)

**MARK AUSSIEKER,**

Plaintiff,

vs.

**CONVO GPT, LLC,**

Defendant.

**Case No. 2:26−CV−03616−CSK**

**NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM**

In accordance with Eastern District of California Local Rule, Appendix A, you are notified that the above-entitled action has been assigned to a United States Magistrate Judge to conduct all proceedings in this case, including trial and entry of final judgment. You have the right to have a United States District Judge hear your case. Exercise of jurisdiction by a United States Magistrate Judge is permitted only if all parties consent to Magistrate Judge jurisdiction. Consenting to Magistrate Judge jurisdiction means that you waive the right to have a United States District Judge hear your case, and that a United States Magistrate Judge will take the place of a United States District Judge in all respects. No United States District Judge will supervise or review the work of the Magistrate Judge. An appeal from a judgment entered by a United States Magistrate Judge will be directly assigned to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of this District Court. 28 U.S.C. § 636(c); Fed. R. Civ. P. 73.

Consent to a Magistrate Judge is voluntary. You will be deemed to have knowingly and voluntarily consented to proceed before the assigned Magistrate Judge **UNLESS** you file a Declination of Consent form with the Court, a copy of which is part of this notice. No Judge will be informed of a party's response to this notification, and all filed Declination of Consent forms will not be viewable by the Judges. **Any party declining to proceed before a United States Magistrate Judge must sign the declination of consent form and file it with the Court within 30 days of receipt/service of this notice.** If a Declination of Consent form is timely filed, then a District Judge will be assigned to the case. If no party timely files a Declination of Consent form with the Court, a United States Magistrate Judge will conduct all proceedings in this case, including trial and entry of final judgment.

## DECLINATION OF CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

**Declination:** In accordance with provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Eastern District of California Local Rule, Appendix A, the undersigned party to this case declines consent to have a United States Magistrate Judge conduct all proceedings in this case.

| Name of Party* | Signature of Party or Attorney | Date |
| --- | --- | --- |
| ____________________ | ____________________ | ____________ |

Select one: ☐ Plaintiff/Petitioner ☐ Defendant/Respondent

*If representing more than one party, counsel must indicate the name of each party responding.