# UNITED STATES DISTRICT COURT

for the
Eastern District of California

| | | |
|---|---|---|
| **MARK AUSSIEKER, individually and on behalf of all others similarly situated,**<br>*Plaintiff*<br>v.<br>**Convo GPT, LLC**<br>*Defendant* | ) | Civil Action No. 2:26-CV-03616-CSK |

## DECLARATION OF SERVICE

I, Jerrod Arcisz, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Convo GPT, LLC in Charleston County, SC on November 2, 2026 at 4:07 pm at Northwest Registered Agent LLC, 6650 Rivers Ave, Ste 100, North Charleston, SC 29406-4809 by leaving the following documents with Amy Overcash who as Person Authorized to Accept at CT Corporation System is authorized by appointment or by law to receive service of process for Convo GPT, LLC.

SUMMONS IN A CIVIL CASE, RETURN OF SERVICE
CLASS ACTION COMPLAINT

Additional Description:
I walked right into the building and handed her the documents. Her name is Amy Overcash and this is a registered agent. I am very familiar with
Race: White, Sex: Female, Est. Age: 45-54, Hair: Blonde, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=32.9188139801,-80.0281401368
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Charleston County,
SC on 11/3/2026.

/s/ *Jerrod Arcisz*

Jerrod Arcisz - +1 (854) 212-3122


Exhibit 1a)
11/2/2026 4:7 pm EST
6650 Rivers Ave, Ste 100, North Charleston, SC 29406-4809
32.9188140, -80.0281401
RESERVED PARKING