# UNITED STATES DISTRICT COURT

for the
Eastern District of California

| | | |
|---|---|---|
| **MARK AUSSIEKER, individually and on behalf of all others similarly situated,**<br>*Plaintiff*<br>v.<br>**Convo GPT, LLC**<br>*Defendant* | ) | Civil Action No. 2:26-cv-03616-CSK |

## DECLARATION OF SERVICE

I, Jerrod Arcisz, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Convo GPT, LLC in Charleston County, SC on November 16, 2026 at 10:05 am at 6650 Rivers Ave, Ste 100, North Charleston, SC 29406-4809 by leaving the following documents with Amy Overcash who as INTAKE SPECIALIST at Northwest Registered Agent, LLC is authorized by appointment or by law to receive service of process for Convo GPT, LLC.

Summons in a Civil Case, Return of Service
CLASS ACTION COMPLAINT
Notice of Assignment to a United States Magistrate Judge and Declination of Consent Form
Initial Scheduling Order, Cases Assigned Under Appendix A, Subsection (M)

Additional Description:
I walked right in handed to the intake specialist Amy Overcash I see her here often.
Race: White, Sex: Female, Est. Age: 55-64, Hair: White, Glasses: Y, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=32.9188673797,-80.0281762651
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Charleston County,

SC on 11/16/2026.

/s/ *Jerrod Arcisz*

Jerrod Arcisz - +1 (854) 212-3122


Exhibit 1a)
11/16/2026 10:5 am EST
6650 Rivers Ave, Ste 100, North Charleston, SC 29406-4809
32.9188674, -80.0281763
CEO
RESERVED PARKING


Exhibit 1b)
11/16/2026 10:5 am EST
6650 Rivers Ave, Ste 100, North Charleston, SC 29406-4809
32.9188674, -80.0281763
RESERVED PARKING


Exhibit 1c)
11/16/2026 10:5 am EST
6650 Rivers Ave, Ste 100, North Charleston, SC 29406-4809
32.9188674, -80.0281763
State Credit Union
52
Arrived
6650 Rivers Ave, Ste 100
Rate your route
End Route